UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff/Respondent,

v.

ORDER
Civil No. 07-172 (MJD)
Criminal No. 01-299

Dwayne Travoy Dillard,

Defendant/Petitioner.

---

This matter is before the Court upon Petitioner's Application for a Certificate of Appealability.

Petitioner seeks to appeal the Order of this Court dated September 24, 2007, in which the Court denied his motion for relief pursuant to 28 U.S.C. § 2255.

An applicant's appeal of a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. §2255 may not proceed unless a district or circuit judge issues a certificate of appealability. 28 U.S.C. §2253(c)(1)(B). In order for a certificate of appealability to issue, an applicant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). "A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further

proceedings." Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997). Based on the files, records and proceedings herein, the Court finds no basis upon which to grant Petitioner the requested relief.

IT IS HEREBY ORDERED that Petitioner's Application for a Certificate of Appealability is summarily dismissed.

Date: April 6, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court